```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KIRAN VUPPALA,                                                         :
                                                                       :
                           Plaintiff,                                  :
                                                                       :            24 Civ. 9207 (JPC)
            -v-                                                        :
                                                                       :                 ORDER
PROTO PARKING INC et al.,                                              :
                                                                       :
                           Defendants.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff Kiran Vuppala filed the Complaint in this action on December 2, 2024. Dkt. 1. The docket reflects that Defendants were served on December 17, 2024, making their answers due on January 7, 2025. Dkts. 7-8. To date, neither Defendant has responded to the Complaint or otherwise appeared in this action. Accordingly, the Court *sua sponte* extends the deadline for Defendants to respond to the Complaint to February 17, 2025. If Defendants fail to respond to the Complaint by that deadline, Plaintiff shall seek a certificate of default on or before February 21, 2025, or else show cause why this action should not be dismissed for failure to prosecute.

      SO ORDERED.

Dated: January 27, 2025
       New York, New York

                                                     JOHN P. CRONAN
                                           United States District Judge